UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff

v.                                        Case No. 21-30039
                                         Originating No. 21-mj-136

**MICHAEL JOSEPH FOY,**

       Defendant.

_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MICHAEL JOSEPH FOY,** to answer to charges pending in another federal district, and states:

1. On **January 21, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **United States District Court for the District of Columbia based on a Complaint**. **Defendant is charged in that district with violation of 18 U.S.C. §1752(a)(1),(2)- Knowingly enter or remain in any restricted building or grounds without lawful authority; 18 U.S.C. §231(a)(3)- Obstruction of law enforcement; 18 U.S.C. §111(a)(1) and (b)- Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer of the**

**United States; 18 U.S.C. §2- Aiding and abetting; 18 U.S.C. §1512(c)(2)- Obstruct, influence, or impede any official proceeding of Congress.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

s/Hank Moon
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Hank.moon@usa.doj.gov
(313) 226-0220

Dated: January 21, 2021