# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-30039 |
| MICHAEL JOSEPH FOY | ) | |
| | ) | |
| | ) | |

## ORDER REGARDING BRADY MATERIALS

     Pursuant to Fed.R.Cr.P. 5(f)(1), as amended by the Due Process Protection Act, Pub. L. No. 116-182, 134 Stat. 894 (October 21, 2020), the government is ordered to comply with its obligation to disclose to the defense all exculpatory evidence that is material to the defense, under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, including impeachment evidence under *Giglio v. United States*, 405 U.S. 150 (1972) and its progeny.

     The failure of an attorney for the government to comply with this order in a timely manner may result in the dismissal of charges, exclusion of evidence, having a conviction vacated, and civil, criminal, and disciplinary sanctions against that attorney.

     IT IS SO ORDERED.

Date: January 21, 2021

s/David R. Grand
*Judicial Officer's Signature*

David R. Grand, U.S. Magistrate Judge
*Printed name and title*