UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 21-30039

v.

                          Hon.

MICHAEL JOSEPH FOY,

        Defendant.

_____/

**APPEARANCE**

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Michael Joseph Foy. I certify that I am admitted to practice in the Court.

        Respectfully Submitted,

**FEDERAL COMMUNITY DEFENDER**

s/ Colleen P. Fitzharris
Assistant Federal Defender
613 Abbott Street, 5th Floor
Detroit, Michigan 48226
313-967-5868
E-mail: colleen_fitzharris@fd.org
WSBA # 4802

Date: January 22, 2021